```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 07010
   LELAND S ROCKETT
   CHARLETTE A ROCKETT                          CHAPTER 13

                                                JUDGE: BRUCE W BLACK
            Debtor
   SSN XXX-XX-5415    SSN XXX-XX-4192

-----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/24/08 and confirmed on 06/24/08.

    2.  The case was dismissed after confirmation, 01/09/2009.

    3.  The Debtor paid a total of $   3310.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | .00 | .00 | .00 |
| INDIAN OAKS TOWNHOUSE AS | SECURED | 842.70 | .00 | 842.70 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 4844.14 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 748.77 | .00 | .00 |
| AMSHER COLLECTIONS SVCS | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| SPIRIT OF AMERICA NATL B | UNSECURED | 386.85 | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | 347.61 | .00 | .00 |
| HUNTER WARFIELD | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 819.86 | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 20.00 | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNTS MG | UNSECURED | NOT FILED | .00 | .00 |
| PUBLIC SAFETY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 4200.00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SALLIE MAE GUARANTEE SER | UNSECURED | NOT FILED | .00 | .00 |
| SUNRISE CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 10158.08 | .00 | .00 |

```
              Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER       TOTAL
-----------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED         842.70              .00       21525.31              .00       22368.01
PRINCIPAL PAID             842.70              .00             .00              .00         842.70
INTEREST PAID                 .00              .00             .00              .00            .00
TOTAL PAID                 842.70              .00             .00              .00         842.70
```

The Debtor's attorney, LEGAL HELPERS PC              , was allowed $   3500.00
and was paid $   1000.00   direct and $   2275.33   through the plan.

The Trustee received $     191.97 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/12/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE